UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

3:02cr94-FDW

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                              )<br>                    Plaintiff         )<br>                                                              )<br>          v.                                               )<br>                                                              )<br> JAVIER URBE-DELGADO (4)    )<br>                                                              )<br>                    Defendant      ) | ORDER |

This **MATTER** is before the Court on its own motion to administratively close the case as to **JAVIER URBE-DELGADO**. The defendant appears to remain a fugitive with no activity taking place in this case in recent times.

It is, therefore, ordered that this case be deemed closed for administrative purposes only, subject to re-opening upon the apprehension or appearance of the defendant.

Signed: April 26, 2011

Frank D. Whitney
United States District Judge