UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

3:02cr94-FDW

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **JAVIER URBE-DELGADO (4)** | ) | |
| | ) | |
| Defendant | ) | |

This **MATTER** is before the Court on its own motion to administratively close the case as to **JAVIER URBE-DELGADO**. The defendant appears to remain a fugitive with no activity taking place in this case in recent times.

It is, therefore, ordered that this case be deemed closed for administrative purposes only, subject to re-opening upon the apprehension or appearance of the defendant.

Signed: April 26, 2011

Frank D. Whitney
United States District Judge