# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:02cr94-4 & -20

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| JAVIER URIBE-DELGADO; and ) | |
| ALVARO SANTANA-GONZALEZ, ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the court on the government's Motion to Dismiss. Having considered the government's motion and reviewed the pleadings, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that the government's Motion to Dismiss (#511) is **GRANTED,** and the indictment in this case is dismissed without prejudice as to the above named defendants.

Signed: September 15, 2011

Max O. Cogburn Jr.
United States District Judge